**FORM 8.  Entry of Appearance**

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Grecia _____ v. VUDU, Inc. _____

No. 15-1351 _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se        [✔] As counsel for:    William Grecia _____
                                          Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant

[✔] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant      [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Matthew M. Wawrzyn |
| Law firm: | Wawrzyn LLC |
| Address: | 233 S. Wacker Drive, 84th Floor |
| City, State and ZIP: | Chicago, IL 60606 |
| Telephone: | (312) 283-8330 |
| Fax #: | (312) 283-8331 |
| E-mail address: | matt@wawrzynlaw.com |

Statement to be completed by counsel only (select one):

[✔] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2010 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

3/6/2015 _____                    /s/ Matthew M. Wawrzyn _____
Date                                 Signature of pro se or counsel

cc: All counsel of record _____