**No. 15-1351**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

GRECIA V. VUDU, INC.

Appeal from the United States District Court for the Northern District of California
in Case No. 3:14-cv-01220-EMC, Judge Edward M. Chen

**APPELLEE DIGITAL ENTERTAINMENT CONTENT ECOSYSTEM
(DECE), LLC'S CERTIFICATE OF COMPLIANCE WITH FEDERAL
CIRCUIT RULE 11(d)**

Counsel for Appellee Digital Entertainment Content Ecosystem (DECE),

LLC certifies that they have complied with Federal Circuit Rule 11(d).  Counsel

has determined that no portions of the record were protected as confidential in the

District Court below.

Dated: April 6, 2015                    Respectfully submitted,

                                                        /s/ Maulik G. Shah                    .
                                                 Maulik G. Shah
                                                 ARNOLD & PORTER LLP
                                                 Three Embarcadero Center
                                                 10th Floor
                                                 San Francisco, CA 94111
                                                 (415) 471-3306

                                                 *Attorneys for Appellee Digital
                                                 Entertainment Content Ecosystem
                                                 (DECE), LLC*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **APPELLEE DIGITAL ENTERTAINMENT CONTENT ECOSYSTEM (DECE), LLC'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 11(d)** has been served upon counsel of record via email through the court's CM/ECF system.


_____/s/ Maulik G. Shah_____
Maulik G. Shah